1  RILEY A. CLAYTON
   Nevada Bar No. 5260
2  rclayton@lawhjc.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  *Attorneys for Defendant,*
   *State Farm Mutual Automobile Ins. Co.*
7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

| WILLIAM AUGUST SWANSON, | CASE NO: 2:17-cv-02836-GMN-PAL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through 10, inclusive; and ROE CORPORATIONS 11 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the Plaintiff, William August Swanson, and Defendant, State Farm Mutual Automobile Insurance Company, parties hereto, by and through their respective counsel, Brian K. Harris, Esq., and Christian N. Griffin, Esq., of Harris & Harris, for Plaintiff, and Riley A. Clayton, Esq., of Hall Jaffe & Clayton, LLP, for Defendant, that this matter be dismissed

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 17 day of April, 2018.　　　　　DATED this 17 day of April, 2018.

HALL JAFFE & CLAYTON, LLP　　　　　　HARRIS & HARRIS

By: _____　　　　　　By: _____
RILEY A. CLAYTON, ESQ.　　　　　　　　　BRIAN K. HARRIS, Esq.
Nevada Bar No. 005260　　　　　　　　　　Nevada Bar No. 7737
7425 Peak Drive　　　　　　　　　　　　　CHRISTIAN N. GRIFFIN, ESQ.
Las Vegas, Nevada 89128　　　　　　　　　Nevada Bar No. 10601
*Attorney for Defendant*　　　　　　　　2029 Alta Drive
　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89106
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED:**

Dated this __18__ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT